UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S. QUAIR, III,<br><br>   Plaintiff,<br><br>   v.<br><br>CDCR-HQ, et al. (Consolidated Cases),<br><br>   Defendants. | Case No. 5:18-02595 PSG (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, including the Report and Recommendation ("R&R") dated December 29, 2020 [Dkt. No. 38], of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 38], is accepted;

2. The case is dismissed with prejudice; and

3. Judgment is to be entered accordingly.

DATED: 1/21/21

_____
THE HONORABLE PHILIP S. GUTIERREZ
United States District Judge