JS-6

1
2
3
4
5
6
7

8               UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| DAVID S. QUAIR, III, | Case No. 5:18-02595 PSG (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| CDCR-HQ, et al. (Consolidated Cases), | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Dismissing Case IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED:  1/21/21

_____
THE HONORABLE PHILIP S. GUTIERREZ
United States District Judge